# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HONGHUI DENG,<br><br>        Plaintiff,<br><br>vs.<br><br>BRENT HATHAWAY, an individual; NANCY RAPOPORT, an individual; DIANE CHASE, an individual ; NGAI PINDELL, an individual; LEN JESSUP, an individual ; STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS.<br><br>        Defendants. | 2:19-cv-00871-JCM-CWH<br><br>**<u>ORDER</u>** |

Before the court is the Joint Statement Regarding Settlement/Early Neutral Evaluation (ECF NO. 12).

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 11:00 AM, December 16, 2019, in Courtroom 3D.

DATED this 12th day of June, 2019.

                                                                                         _____
                                                                                          CAM FERENBACH
                                                                                          UNITED STATES MAGISTRATE JUDGE